# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

*(Electronically Filed)*

| | |
|---|---|
| SIOUX STEEL COMPANY ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 23-CV-3988 |
| v. ) | Judge: Mary M. Rowland |
| ) | |
| PRAIRIE LAND MILLWRIGHT SERVICES, ) | |
| INC., et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

## PROPOSED AGREED ORDER OF DISMISSAL

Plaintiff, Sioux Steel Company ("Plaintiff"), and Defendants, Prairie Land Millwright Services, Inc., Duane Chaon, and Patricia Chaon ("Defendants") (collectively "Parties"), hereby provide notice that the Parties have reached an agreement settling all claims asserted in the above action by execution of a Settlement Agreement requiring future compliance with certain terms of the Settlement Agreement. The Parties agree that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Accordingly, the Parties therefore agree to dismissal of this matter without prejudice, subject to the terms of the Settlement Agreement, with leave to reinstate on or before September 9, 2031. In the event a motion to reinstate is not filed on or before September 9, 2031, this matter shall be deemed, without further order of the Court, to be dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ Robert J. Theuerkauf* <br> Robert J. Theuerkauf (Member, N.D. Ill. Bar) <br> Brian P. McGraw (Member, N.D. Ill. Bar) <br> Matt P. Dearmond (Member, N.D. Ill. Bar) <br> Megan E. Gibson (*pro hac vice to be filed*) <br> **GRAY ICE HIGDON, PLLC** <br> 3939 Shelbyville Road, Suite 201 <br> Louisville, KY 40207 <br> (502) 625-2747 <br> rjt@grayice.com <br> bmcgraw@grayice.com <br> mdearmond@grayice.com <br> mgibson@grayice.com <br><br> J. Aron Carnahan (Ill. Bar No. 6242642) <br> Philip D. Segrest, Jr. <br> **HUSCH BLACKWELL, LLP** <br> 20 South Riverside – 22nd Floor <br> Chicago, IL 60606 <br> Phone: (312) 655-1500 <br> Fax: (312) 655-1501 <br> aron.carnahan@huschblackwell.com <br> philip.segrest@huschblackwell.com <br><br> ***Attorneys for Plaintiff Sioux Steel Company*** | */s/ Jeffrey R. Platt* <br> Jeffrey R. Platt (IL Bar No. 6208148) <br> Ryanne Bush Dent (IL Bar No. 6312650) <br> **ICE MILLER LLP** <br> 2300 Cabot Dr., Suite 455 <br> Lisle, IL 60532 <br> Phone: 630-955-0555 <br> Fax: 630-955-0662 <br> jeffrey.platt@icemiller.com <br> ryanne.dent@icemiller.com <br><br> Tom Rammer (IL Bar No. 6297479) <br> **ICE MILLER LLP** <br> 200 W. Madison Street, Suite 3500 <br> Chicago, IL 60606 <br> Phone: 312-705-6016 <br> Fax: 312-726-7102 <br> tom.rammer@icemiller.com <br><br> ***Attorneys for Defendants Prairie Land Millwright Services, Inc., Duane Chaon, and Patricia Chaon*** |