UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Sioux Steel Company

                Plaintiff,

v.                                                      Case No.: 1:23–cv–03988
                                                          Honorable Mary M. Rowland

Prairie Land Millwright Services, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 3, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The parties have filed a stipulation to dismiss this matter, without prejudice, subject to the terms of the Settlement Agreement and Permanent Injunction, with leave to reinstate on or before September 9, 2031. Accordingly, the matter is dismissed without prejudice. Civil case terminated. In the event a motion to reinstate is not filed on or before September 9, 2031, this matter shall be deemed, without further order of the Court, to be dismissed with prejudice. Each party to bear its own attorneys' fees and costs, other than those previously satisfied under the Settlement Agreement. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.